UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. STEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRI-CITY HEALTHCARE DISTRICT, et al.<br><br>    Defendants. | Case No. 3:12-cv-2524-BTM-BGS<br><br>**ORDER TO FILE SUPPLEMENTAL BRIEFING** |

On December 18, 2013, the Court instructed Defendants to file a motion to exclude any evidence they believed to be subject to the attorney-client privilege. The briefing on this motion is now complete, but the parties have failed to identify the specific evidence at issue. The Court cannot determine if a particular statement is privileged unless the statement and its context are presented by the parties. Vague generalities will not suffice. See United States v. Martin, 278 F.3d 988, 1000 (9th

1  Cir. 2002) ("A party claiming the privilege must identify specific communications
2  and the grounds supporting the privilege as to each piece of evidence over which
3  privilege is asserted." (internal citation omitted)); <u>Clarke v. Am. Commerce Nat'l
4  Bank</u>, 974 F.2d 127, 129 (9th Cir. 1992) ("blanket assertions of the privilege are
5  extremely disfavored." (internal quotation marks and citation omitted)).

6  Accordingly, the parties must file supplemental briefing on this matter. The
7  Court notes that Mr. Stein's deposition is scheduled for April 12, 2014. Defendants
8  shall file a supplemental brief by April 25, 2014, identifying the specific testimony
9  and documents produced in discovery that they believe are subject to the attorney-
10 client privilege or duty of confidentiality.

11 Plaintiff shall file a supplemental response by May 9, 2014. The hearing
12 scheduled for April 9, 2014 is continued to May 22, 2014 at 2:00 p.m. The Court
13 reminds the parties that it will only consider a motion to seal the supplemental brief
14 and response after a public redacted version of the same has been filed.

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court

2