# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. STEIN<br><br>       Plaintiff,<br><br>    v.<br><br>TRI-CITY HEALTHCARE DISTRICT, a California healthcare district, LARRY B. ANDERSON an individual<br><br>       Defendants. | Case No. 3:12 CV 2524 BTM BGS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY**<br><br>Complaint Filed:  June 4, 2013<br>Trial Date:       Stayed |

On February 20, 2014, Defendant Tri-City Healthcare District ("Tri-City") filed an ex parte application to stay the entire action and all discovery pending its appeal of the Court's denial of Tri-City's special motion to strike Plaintiff's 13th and 14th claims for relief contained in the first amended complaint (Docket No. 122). Without prejudice, the Court denied the ex parte application and set a briefing schedule to consider Tri-City's Motion to Stay. (Docket No. 124.) On March 4,

2014, Defendant Larry Anderson filed a notice of joinder in Tri-City's motion to stay.  (Docket No. 131.)

After briefing from all parties, the motion to stay came on for hearing before this Court at 2:00 p.m. on March 18, 2014.  All parties were represented by counsel at the hearing and provided the opportunity to make oral argument.  After considering all matters submitted by the parties and all oral argument, the Court GRANTS Defendants' motion to stay.

An appeal divests the Court of jurisdiction over the matters on appeal.  *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).  The Court also has the inherent power to issue a discretionary stay of proceedings pending a collateral appeal, where a stay would prevent hardship or inequity, and promote the orderly course of justice measured in terms of simplifying of issues, proof, and questions of law.  *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005).  For these reasons, the Court grants Defendants' motion to stay as follows:

1. The July 21, 2014 trial date and July 9, 2014 pretrial conference set by the First Amended Case Management Conference Order (Docket No. 113) are vacated and will be set after resolution of Defendants' appeal of the Order Denying Defendants' Special Motions to Strike (Docket No. 110) ("Defendants' Appeal").  The dates set for trial, the pretrial conference, and the dates related to the pretrial conference are hereby vacated pending resolution of the Appeal.

2.  All proceedings and discovery explicitly related to Plaintiff's 13th and 14th claims for relief alleged in the first amended complaint are stayed until Defendants' Appeal is resolved.

3.  All other discovery and pretrial motions scheduled in the March 25, 2014 Second Amended Case Management Conference Order (Docket No. 145) or already scheduled by this Court, except as modified by paragraphs 1 and 2 of this Order, shall proceed as currently scheduled.

**IT IS SO ORDERED.**

Dated: April 18, 2014

BARRY TED MOSKOWITZ,
Chief Judge, United States District Court